Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____ Chapter  11

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Steel City Pops DTX, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-5492677 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2821 Central Avenue, Ste. 109**<br>**Birmingham, AL 35209**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson**<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Steel City Pops DTX, LLC**     Case number (*if known*) _____
      Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __3115__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    | District | When | Case number |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | **Steel City Pops Holding, LLC** | | Relationship | |
    |---|---|---|---|---|
    | District | **Northern** | When | **11/14/19** | Case number, if known | **19-04687-11** |

Case 19-04692-DSC11    Doc 1    Filed 11/14/19    Entered 11/14/19 15:09:22    Desc Main
Document      Page 2 of 7

Debtor  **Steel City Pops DTX, LLC**  Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Steel City Pops DTX, LLC**          Case number (if known) _____
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __11 / 14 / 2019__
             MM / DD / YYYY

X _____         **James Allen Watkins**
  Signature of authorized representative of debtor    Printed name

  Title  **President**

**18. Signature of attorney**

X _____         Date __11 / 14 / 2019__
  Signature of attorney for debtor                    MM / DD / YYYY

**Samuel C. Stephens ASB-0400-X11T**
Printed name

**Benton & Centeno, LLP**
Firm name

**2019 Third Avenue North**
**Birmingham, AL 35203**
Number, Street, City, State & ZIP Code

Contact phone  **205-278-8000**     Email address  _____

**ASB-0400-X11T AL**
Bar number and State

# United States Bankruptcy Court
## Northern District of Alabama

In re: **Steel City Pops DTX, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James Allen Watkins<br>2821 Central Avenue Ste. 109<br>Birmingham, AL 35209 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 11/13/2019   Signature /s/ James Allen Watkins

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Noble Bank
c/o Eric Pruitt, Esq.
420 20th Street North
Birmingham, AL 35203

Casa Linda (Edens) LLC
P.O. Box 536856, Dpt. 2641
Atlanta, GA 30353-6856

Magic City Printing
112 Walter Davis Drive, Ste. D
Birmingham, AL 35209

Redmont Capital
c/o Jesse Vogtle, Esq.
P.O. Box 306
Birmingham, AL 35201-0306

Cintas Corporation #085
P.O. Box 650838
Dallas, TX 75265-0838

Marx Brothers, Inc.
3100 Second Avenue South
Birmingham, AL 35233

ServisFirst Bank
c/o Brian Walding, Esq.
2227 1st Avenue South, #100
Birmingham, AL 35233

Ecolab
P.O. Box 70343
Chicago, IL 60673

Nizarali Moosa
P.O. Box 211354
Dallas, TX 75211

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

FW Waterside Commercial, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Pacific Bag
15300 Woodinville-Redmond Rd.
Woodinville, WA 98072

Texas Comptroller of Public Accts
Revenue Acctng Div. - BK Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Hill Country Dairies
P.O. Box 80467
Austin, TX 78708

Packaing Aids
25 Tiburon Street
San Rafael, CA 94912

A-Thompson Refrigeration
ATTN: Accts. Payable
3214 N. Houston School Rd
Lancaster, TX 75134

John R. Ames
P.O. Box 139066
Dallas, TX 75313-9066

Peachtree Commodities
3295 River Exchange Dr. Ste. 110
Norcross, GA 30092

America's Best Vacuum Service LLC
1355 NW Pkwy Ste. 105
Azle, TX 76020

Lavo Properties, LLC
2800 North Henderson Ave. Ste. 200
Dallas, TX 75206

Piedmont Springs
6553 Warren Drive
Norcross, GA 30093-1116

AmREIT Casa Linda, LP
c/o EDENS
8 Greenway Plaza, Ste. 1000
Houston, TX 77046

Lavo Properties, LLC
2800 N. Henderson Ave. Ste. 200
Dallas, TX 75206

Polar Tech Industries, Inc.
Payment Processing
P.O. Box 5930
Bloomington, IL 61702-5930

Bluegrace Logistics
P.O. Box 4964, Dept. 108
Houston, TX 77210-4964

Magaya Foods
11729 Warfield Street
San Antonio, TX 78216

Pomona Distributors
P.O. Box 720241
Dallas, TX 75372

Pratt Corrugated Holdings, Inc.
P.O. Box 933949
Atlanta, GA 31193-3949

Taylor Sales and Service
P.O. Box 100459
Birmingham, AL 35210

Premier Ingredients
2624 Driftwood Drive
Mesquite, TX 75150

The O'Keefe Group
P.O. Box 1240
Attleboro, MA 02703

Ron's Towing, Inc.
P.O. Box 560972
Dallas, TX 75356

West Fork Creations, Inc.
P.O. Box 27
15 Pepsi Drive
Red Lodge, MT 59068-0027

Simon Property Group (Texas) LP
Firewheel Town Center
P.O. Box 775750
Chicago, IL 60677-5750

Simon Property Group (Texas), LP
M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

SolvChem, Inc.
P.O. Box 4652, Dept. 447
Houston, TX 77210-4652

State Cleaning Solutions
P.O. Box 844284
Boston, MA 02284-4284

Sunnyvale Honey Producers
235 Barnes Bridge Road
Sunnyvale, TX 75182

Sysco North Texas
P.O. Box 560700
The Colony, TX 75056