| | |
|---|---|
| Debtor name | **Steel City Pops DTX, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ALABAMA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A-Thompson Refrigeration ATTN: Accts. Payable 3214 N. Houston School Rd Lancaster, TX 75134 | | **Business Debt** | | | | $10,339.43 |
| AmREIT Casa Linda, LP c/o EDENS 8 Greenway Plaza, Ste. 1000 Houston, TX 77046 | | **Business Lease** | | | | $2,544.35 |
| Casa Linda (Edens) LLC P.O. Box 536856, Dpt. 2641 Atlanta, GA 30353-6856 | | **Business Debt** | | | | $1,310.91 |
| Cintas Corporation #085 P.O. Box 650838 Dallas, TX 75265-0838 | | **Business Debt** | | | | $1,249.24 |
| FW Waterside Commercial, LLC c/o Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 | | **Business Lease** | | | | $5,472.61 |
| Hill Country Dairies P.O. Box 80467 Austin, TX 78708 | | **Business Debt** | | | | $3,028.00 |
| John R. Ames P.O. Box 139066 Dallas, TX 75313-9066 | | **Business Debt** | | | | $1,674.94 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lavo Properties, LLC**<br>**2800 North Henderson Ave. Ste. 200**<br>**Dallas, TX 75206** | | **Business Debt** | | | | **$8,723.14** |
| **Marx Brothers, Inc.**<br>**3100 Second Avenue South**<br>**Birmingham, AL 35233** | | **Business Debt** | | | | **$2,518.84** |
| **Nizarali Moosa**<br>**P.O. Box 211354**<br>**Dallas, TX 75211** | | **Business Debt** | | | | **$2,245.00** |
| **Pacific Bag**<br>**15300 Woodinville-Redmond Rd.**<br>**Woodinville, WA 98072** | | **Business Debt** | | | | **$1,290.00** |
| **Peachtree Commodities**<br>**3295 River Exchange Dr. Ste. 110**<br>**Norcross, GA 30092** | | **Business Debt** | | | | **$13,345.76** |
| **Piedmont Springs**<br>**6553 Warren Drive**<br>**Norcross, GA 30093-1116** | | **Business Debt** | | | | **$1,159.32** |
| **Polar Tech Industries, Inc.**<br>**Payment Processing**<br>**P.O. Box 5930**<br>**Bloomington, IL 61702-5930** | | **Business Debt** | | | | **$8,632.02** |
| **Pomona Distributors**<br>**P.O. Box 720241**<br>**Dallas, TX 75372** | | **Business Debt** | | | | **$3,000.00** |
| **Pratt Corrugated Holdings, Inc.**<br>**P.O. Box 933949**<br>**Atlanta, GA 31193-3949** | | **Business Debt** | | | | **$1,050.52** |
| **Premier Ingredients**<br>**2624 Driftwood Drive**<br>**Mesquite, TX 75150** | | **Business Debt** | | | | **$3,129.60** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Simon Property Group (Texas), LP M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | | Business Lease | | | | $3,847.00 |
| SolvChem, Inc. P.O. Box 4652, Dept. 447 Houston, TX 77210-4652 | | Business Debt | | | | $3,304.66 |
| Sunnyvale Honey Producers 235 Barnes Bridge Road Sunnyvale, TX 75182 | | Business Debt | | | | $1,200.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy